# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Brett R. Jarvie**

vs.

Case Number: **07-1026**

**Mike McCoy**

**DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed , without prejudice, for failure to exhaust administrative remedies pursuant to 42 U.S.C., Section 1997e(a). The parties are to bear their own costs.

ENTER this 23rd day of September, 2008

PAMELA E. ROBINSON, CLERK

s/M. Bailey
BY:  DEPUTY CLERK